UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN J. TAYAG,<br><br>    Plaintiff,<br><br>    v.<br><br>CARREON,<br><br>    Defendant. | No. 2:23-cv-1682 DJC DB P<br><br><br>ORDER |

Plaintiff, a county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, the certificate portion of the request, which must be completed by plaintiff's institution of incarceration, has not been filled out. Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six- month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of the application.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is denied;

2. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of the request to proceed in forma pauperis on the form provided

      by the Clerk of Court, and a certified copy of the inmate trust account statement for the six month period immediately preceding the filing of the complaint;

3. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: September 5, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/taya1682.3c+new

2