UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN JOHN TAYAG,<br><br>    Plaintiff,<br><br>    v.<br><br>CARREON,<br><br>    Defendant. | No. 2:23-cv-1682 DJC DB P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff filed this civil rights action under 42 U.S.C. §1983. In an order filed October 18, 2023, this court found plaintiff stated a potentially cognizable claim for relief pursuant to 42 U.S.C. §1983. Plaintiff was ordered to submit to the court service documents for defendant Carreon within thirty days. The October 18 order was served on plaintiff at the Stanton Correctional Facility, the only address of record for plaintiff.

Thirty days have passed and plaintiff has not submitted service documents or otherwise responded to this court's order. Court records show that plaintiff's copy of the October 18 order was returned by the Post Office. In addition, the Sheriff's Office notified the court that plaintiff is no longer in custody there. It is plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

1

1   This court will recommend this action be dismissed for plaintiff's failure to prosecute and
2 failure to comply with court orders.  See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

3   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
4 prejudice.  See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

5   These findings and recommendations will be submitted to the United States District Judge
6 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after
7 being served with these findings and recommendations, plaintiff may file written objections with
8 the court.  The document should be captioned "Objections to Magistrate Judge's Findings and
9 Recommendations."  Plaintiff is advised that failure to file objections within the specified time
10 may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d
11 1153 (9th Cir. 1991).

12 Dated:  December 4, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

23 DLB:9
DB Prisoner Inbox/Civil Rights/R/taya1682.fta fr

2