1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EDWIN JOHN TAYAG,                          No.  2:23-cv-1682 DJC DB P

12                      Plaintiff,

13            v.                                 ORDER

14    CARREON,

15                      Defendant.

16

17          Plaintiff filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The

18    matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. §

19    636(b)(1)(B) and Local Rule 302.

20          On December 5, 2023, the Magistrate Judge filed findings and

21    recommendations herein which were served on Plaintiff and which contained notice to

22    plaintiff that any objections to the findings and recommendations were to be filed

23    within thirty days.  Plaintiff has not filed objections to the findings and

24    recommendations.[1]

25          The Court has reviewed the file and finds the findings and recommendations to

26    be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

27    ───────────────
      [1] While the Findings and Recommendations were returned as "Undeliverable; Not in Custody," it is
      plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local
28    Rule 182(f), service of documents at the record address of the party is fully effective.

                                              1

1   HEREBY ORDERED that:

2          1.  The findings and recommendations filed December 5, 2023 (ECF No. 12),

3   are adopted in full; and

4          2.  This action is dismissed without prejudice.  *See* Fed. R. Civ. P. 41; E.D. Cal. R.

5   110; and

6          3.  The Clerk of the Court is directed to close this case.

7

8   Dated:  March 1, 2024                    /s/ Daniel J. Calabretta

9                                            THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28